ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR - 5 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

MEDFORD LAYATTE DANIELS, JR.,
  A/K/A "NFNC FREAK",
ROMEO SWOFFORD,
  A/K/A "LIL RICHIE", "ROCKSTAR",
  AND "RICHIE",
EMMANUEL MARQUIS BARDEN,
  A/K/A "EMAN", AND
CEMONTE DESHON WADE,
  A/K/A "MONTE"

Criminal Indictment

No. **1:22-CR-110**

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown, but at least by on or about May 22, 2021, and continuing until on or about March 9, 2022, in the Northern District of Georgia and elsewhere, the defendants, MEDFORD LAYATTE DANIELS, JR., A/K/A "NFNC FREAK", ROMEO SWOFFORD, A/K/A "LIL RICHIE", "ROCKSTAR", AND "RICHIE", EMMANUEL MARQUIS BARDEN, A/K/A "EMAN", and CEMONTE DESHON WADE, A/K/A "MONTE", and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another, to violate Title 18, United States Code, Section 922(a)(6), that is, to knowingly make a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, in

connection with the acquisition of a firearm as to facts material to the lawfulness of the sale of a firearm.

Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, MEDFORD LAYATTE DANIELS, JR., ROMEO SWOFFORD, EMMANUEL MARQUIS BARDEN, and CEMONTE DESHON WADE, and others known and unknown to the Grand Jury, committed, and caused to be committed, at least one of the following overt acts:

1. On or about July 27, 2021, BARDEN purchased two (2) Taurus semiautomatic pistols from Bullseye Indoor Range and Gun Shop, a federally licensed firearms dealer ("FFL") in Lawrenceville, Georgia.

2. On or about October 25, 2021, BARDEN purchased two (2) Taurus semiautomatic pistols from Stoddard's Range and Guns, an FFL in Atlanta, Georgia.

3. On or about March 9, 2022, SWOFFORD accompanied WADE to Adventure Outdoors Won LLC sporting goods store, an FFL in Smyrna, Georgia.

4. On or about March 9, 2022, WADE purchased two (2) Glock semiautomatic pistols from Adventure Outdoors.

5. On or about March 9, 2022, SWOFFORD accompanied WADE to The Vault, an FFL in Marietta, Georgia.

6. On or about March 9, 2022, WADE purchased one (1) Glock semiautomatic pistol from The Vault.

7. On or about March 9, 2022, SWOFFORD received the three (3) Glock semiautomatic pistols that WADE had purchased earlier that day from Adventure Outdoors and The Vault and placed those firearms into a van driven by DANIELS.

All in violation of Title 18, United States Code, Section 371.

## Count Two

On or about July 27, 2021, in the Northern District of Georgia, the defendant, EMMANUEL MARQUIS BARDEN, A/K/A "EMAN", in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| One (1) semiautomatic pistol | Taurus | G2c | 9mm |
| One (1) semiautomatic pistol | Taurus | G2c | .40 |

did knowingly make a false and fictitious written statement to Bullseye Sporting Goods, Inc., a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Bullseye Sporting Goods, Inc. as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant EMMANUEL MARQUIS BARDEN falsely represented that he was the actual buyer of the firearm(s), when, in fact, as he then and there well knew, defendant EMMANUEL MARQUIS BARDEN was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

### Count Three

On or about October 25, 2021, in the Northern District of Georgia, the defendants, ROMEO SWOFFORD, A/K/A "LIL RICHIE", "ROCKSTAR", and "RICHIE", and EMMANUEL MARQUIS BARDEN, A/K/A "EMAN", aided and abetted by each other, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---------|--------------|-------|---------|
| One (1) semi-automatic pistol | Taurus | G2c | 9mm |
| One (1) semi-automatic pistol | Taurus | G2c | 9mm |

did knowingly make a false and fictitious written statement to Stoddard's Range and Guns, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Stoddard's Range and Guns as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant EMMANUEL MARQUIS BARDEN falsely represented that he was the actual buyer of the firearm(s), when, in fact, as he then and there well knew, defendant EMMANUEL MARQUIS BARDEN was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

### Count Four

On or about November 9, 2021, in the Northern District of Georgia, the defendants, ROMEO SWOFFORD, A/K/A "LIL RICHIE", "ROCKSTAR", EMMANUEL MARQUIS BARDEN, A/K/A "EMAN", and CEMONTE DESHON WADE, A/K/A

"MONTE", aided and abetted by one another, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| Two (2) semiautomatic pistols | Taurus | PT111 G2 | 9mm |
| One (1) semiautomatic pistol | Ruger | EC9s | 9mm |

did knowingly make a false and fictitious written statement to Elite Pawn & Jewelry, Inc., a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Elite Pawn & Jewelry, Inc. as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant CEMONTE DESHON WADE falsely represented that he was the actual buyer of the firearm(s), when, in fact, as he then and there well knew, defendant CEMONTE DESHON WADE was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Count Five

On or about March 9, 2022, in the Northern District of Georgia, the defendants, ROMEO SWOFFORD, A/K/A "LIL RICHIE", "ROCKSTAR", AND "RICHIE", and CEMONTE DESHON WADE, A/K/A "MONTE", aided and abetted by each other, in connection with the acquisition of at least one of the following firearms:

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| One (1) semiautomatic pistol | Glock | 26 Gen 5 | 9mm |
| One (1) semiautomatic pistol | Glock | 27 Gen 5 | .40 |

did knowingly make a false and fictitious written statement to Adventure Outdoors Won LLC, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Adventure Outdoors Won LLC as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant CEMONTE DESHON WADE falsely represented that he was the actual buyer of the firearm(s), when, in fact, as he then and there well knew, defendant CEMONTE DESHON WADE was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

### Count Six

On or about March 9, 2022, in the Northern District of Georgia, the defendants, ROMEO SWOFFORD, A/K/A "LIL RICHIE", "ROCKSTAR", AND "RICHIE", and CEMONTE DESHON WADE, A/K/A "MONTE", aided and abetted by each other, in connection with the acquisition of a Glock, model 26 Gen 5, 9mm semiautomatic pistol, did knowingly make a false and fictitious written statement to The Vault, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive The Vault as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant CEMONTE DESHON WADE falsely represented that he was the actual buyer of the firearm(s), when, in fact, as he then and there well knew, defendant

CEMONTE DESHON WADE was not the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

### Count Seven

On or about March 9, 2022, in the Northern District of Georgia, the defendant, MEDFORD LAYATTE DANIELS, JR., A/K/A "NFNC FREAK", who was then under indictment in the Superior Court of Clayton County, Georgia, for at least one of the following crimes punishable by imprisonment for a term exceeding one year; that is, Possession of Marijuana with Intent to Distribute and Possession of a Firearm or Knife During Commission of a Felony, did willfully receive a firearm, that is, a Glock, model 27 Gen 5, .40 caliber semiautomatic pistol, said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(n).

### Count Eight

On or about March 9, 2022, in the Northern District of Georgia, the defendants, MEDFORD LAYATTE DANIELS, JR., A/K/A "NFNC FREAK", and ROMEO SWOFFORD, A/K/A "LIL RICHIE", "ROCKSTAR", AND "RICHIE", aided and abetted by each other, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving less than 50 kilograms of marihuana, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(D), all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count Nine

On or about March 9, 2022, in the Northern District of Georgia, the defendant, MEDFORD LAYATTE DANIELS, JR., A/K/A "NFNC FREAK", did knowingly carry a firearm, that is, a Glock, model 45, 9mm semiautomatic pistol, during and in relation to, and did knowingly possess said firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute marihuana, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Eight of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i).

### Count Ten

On or about March 9, 2022, in the Northern District of Georgia, the defendant, ROMEO SWOFFORD, A/K/A "LIL RICHIE", "ROCKSTAR", AND "RICHIE", did knowingly carry a firearm, that is, a Glock, model 30 Gen 4, .45 caliber semiautomatic pistol, during and in relation to, and did knowingly possess said firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute marihuana, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Eight of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i).

### Count Eleven

On or about March 13, 2022, in the Northern District of Georgia, the defendant, EMMANUEL MARQUIS BARDEN, A/K/A "EMAN", in a matter within the jurisdiction

8

of the executive branch of the Government of the United States, that is, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), did knowingly and willfully make a materially false statement to ATF Special Agents J.D. and G.D., in that, in connection with the ATF's investigation of a violation of Title 18, United States Code, Section 922(a)(6), and other criminal offenses, the defendant, EMMANUEL MARQUIS BARDEN, stated that (404) 8XX-2699 was not his current phone number and that his cellular phone was not within the apartment located at 132 Parkway Circle South, Atlanta, Georgia, when, in fact, as he then and there well knew, (404) 8XX-2699 was one of his current phone numbers and the cellular telephone associated with that phone number was within the apartment located at 132 Parkway Circle South, Atlanta, Georgia, all in violation of Title 18, United States Code, Section 1001(a)(2).

### Forfeiture Provision

Upon conviction of one or more of the offenses alleged in this Indictment, the defendants, MEDFORD LAYATTE DANIELS, JR., A/K/A "NFNC FREAK", ROMEO SWOFFORD, A/K/A "LIL RICHIE", "ROCKSTAR", AND "RICHIE", EMMANUEL MARQUIS BARDEN, A/K/A "EMAN", and CEMONTE DESHON WADE, A/K/A "MONTE", shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offense(s).

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A _____True_____ BILL

_____
FOREPERSON

KURT R. ERSKINE
*United States Attorney*

*Annalise K. Peters*

ANNALISE K. PETERS
*Assistant United States Attorney*
Georgia Bar No. 550845

*Theodore Hertzberg*

THEODORE S. HERTZBERG
*Assistant United States Attorney*
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181